AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Jeremy Bean, William Gittere,*
*Calvin Johnson, William Kuloloia,*
*and Thurston Moore*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEO HANSON, | Case No. 3:23-cv-00565-CSD |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| THE STATE OF NEVADA, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Leo Hanson, and Defendants Jeremy Bean, William Gittere, Calvin Johnson, William Kuloloia, and Thurston Moore, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

1 | The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 14th day of February, 2025.

By: /s/
Leo Hanson #1033891
Plaintiff

DATED this 14th day of February, 2025

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED 2-14-25, 2023.

_____
UNITED STATES MAGISTRATE JUDGE